UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAURIE MICHELLE PETERSON, | ) | CASE NO. 1:23-CV-1831 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY | ) | OPINION AND ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J.**:

On September 21, 2023, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. §§ 405(g) and 1383(c)(3). (ECF #1). The Court referred this matter to the Magistrate Judge pursuant to Local Rule 72.2. (See Non-Document Entry of September 21, 2023.) On June 25, 2024, the Magistrate Judge recommended the Commissioner's final decision denying Plaintiff's application for a period of disability, Disability Insurance Benefits, and Supplemental Security Income be affirmed. (ECF #10.) Plaintiff has not filed an Objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service. Fed. R. Civ. P. 72(b). Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's Recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d

813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, the Magistrate Judge's Report and Recommendation is **ADOPTED** and the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

      /s Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: July 12, 2024**